**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**GREGORY JACKSON**                                                    **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO. 5:16-CV-24-KS-MTP**

**VERMEER MANUFACTURING COMPANY**                      **DEFENDANT**


### ORDER

On June 14, 2017, Defendant filed a Motion for Summary Judgment [50]. Plaintiff shall respond on or before **June 28, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendant wants to reply, it must do so on or before **July 5, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ___15th___ day of __June____, 2017.


___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE